IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GERALD E. BRYSON, JR.           )
                                )
v.                              ) NO. 3:07-0410
                                ) JUDGE CAMPBELL
VOUGHT AIRCRAFT INDUSTRIES      )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 17) and Objections filed by the Plaintiff (Docket No. 19).

The Court has reviewed the Report and Recommendation, the Objections, and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved. Despite Plaintiff's assertions to the contrary, there is no evidence in the file that Plaintiff has served the Complaint on Defendants at any time since this action was filed on April 13, 2007.

Accordingly, this action is dismissed without prejudice, pursuant to Fed. R. Civ. P. 4(m) and 41(b). This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE